FILED
John E. Triplett, Acting Clerk
United States District Court

*By C Asbell at 10:21 am, Jun 19, 2020*

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

STEVEN PRINCE,                    *
                                  *
            Plaintiff,            *          CIVIL ACTION NO.: 5:19-cv-10
                                  *
    v.                            *
                                  *
HILTON HALL, et al.,              *
                                  *
            Defendants.           *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO **ORDERED**, this ___19___ day of ___June___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA