AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

STEVEN PRINCE,

    Plaintiff,

V.

HILTON HALL, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV519-10

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 19th day of June 2020, adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court; judgment is hereby entered dismissing Plaintiff's Complaint, and denying Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

June 22, 2020
Date

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk

GAS Rev 10/1/03